**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-6944**

─────────────

KENNETH A. HINTON,

                                        Petitioner - Appellant,

        versus

UNITED   STATES   PAROLE   COMMISSION;   FEDERAL
BUREAU OF PRISONS,

                                        Respondents - Appellees.

─────────────

Appeal  from  the  United  States  District  Court  for  the  Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge.  (CA-02-574-5-HO)

─────────────

Submitted:  August 14, 2003         Decided:  August 22, 2003

─────────────

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Kenneth A. Hinton, Appellant Pro Se.  Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth A. Hinton, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hinton v. United States Parole Comm'n, No. CA-02-574-5-HO (E.D.N.C. May 29, 2003). We further deny Hinton's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED